

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| PULAK K. BARUA, A/K/A PULAK KUMAR BARUA, ET AL., | § | |
| | § | No. 08-20-00216-CV |
| Appellant, | § | Appeal from the |
| v. | § | 422nd District Court |
| MABANK INDEPENDENT SCHOOL DISTRICT, ET AL., | § | of Kaufman County, Texas[1] |
| Appellee. | § | (TC# 102225-422) |
| | § | |

## <u>MEMORANDUM OPINION</u>

Appellant Pulak K. Barua has filed a motion for voluntary dismissal of this appeal. *See* TEX.R.APP.P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

March 31, 2021

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.

---

[1] We hear this case on transfer from the Fifth Court of Appeals in Dallas. *See* Tex.R.App.P. 41.3.